UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No.: 8:26-cr-41-TPB-CPT
                                                        (Emergency Motion)

JEREMY N. RYAN

_____/

## DEFENDANT'S UNOPPOSED EMERGENCY MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS

The Defendant, Jeremy Ryan, pursuant to 18 U.S.C. § 3142(c)(3) and Local Rule 1.09, respectfully moves on an emergency basis to modify his pretrial release conditions; specifically, to switch Mr. Ryan from RF location monitoring to GPS monitoring with home detention. In support of this motion, Mr. Ryan states as follows:

1.      This is an emergency. Mr. Ryan will imminently lose his housing. His savings are depleted, and he will be kicked out of his apartment this coming Tuesday, May 26, 2026. Through no fault of his own, he will suffer irreparable harm and face potential violation of the Court's pretrial release order given the form of electronic monitoring he's on. Mr. Ryan is currently on home confinement and RF location monitoring, but this form of electronic monitoring is impeding his ability to timely apply for housing options in the community on

1

such short notice, many resources of which require appointments, meetings, and applications that all take place in person.

2.    On March 19, this Court ordered that location monitoring be modified to GPS and that the order of home incarceration be lifted if it was safe to do so given his health conditions. Docs. 22, 26. The Court kept RF monitoring in place in the interim for Mr. Ryan's health and safety. *Id.*

3.    On March 26, Mr. Ryan filed a notice with the Court and submitted a note from his cardiologist and electrophysiologist, Dr. Greggory Francisco, stating in summary that GPS monitoring won't affect Mr. Ryan's health and safety. Doc. 28. Mr. Ryan appends that same doctor's note to his motion as Exhibit 1.

4.    Since then, Mr. Ryan's RF monitoring with home incarceration hasn't changed or reverted to GPS monitoring without home incarceration in accordance with this Court's previous order. Docs. 22, 26.

5.    Reverting this pretrial release condition to GPS monitoring is ever more dire given how imminent Mr. Ryan will lose his housing and his need to continue searching for housing on an expedited basis.

6.    Counsel for Mr. Ryan has been in touch with Fred Higgins, his pretrial services officer in San Diego, regarding this request and to place Mr. Ryan on GPS monitoring with home detention (as opposed to home

2

incarceration). Mr. Higgins anticipated this request, spoke to the Pretrial Services Office here in Tampa about it, and said that the office here takes no position on the motion.

7.      Counsel conferred with AUSA E. Jackson Boggs, Jr. regarding Mr. Ryan's request. Mr. Boggs confirmed the information above with the Pretrial Services Office here in Tampa and is unopposed to the requested relief.

**MEMORANDUM OF LAW**

Pursuant to 18 U.S.C. § 3142(c)(3), "the judicial officer may at any time amend the order to impose additional or different conditions of release." Mr. Ryan has shown good cause to amend his pretrial release conditions by changing his location monitoring to a GPS monitor with home detention. Changing the monitor won't affect his health and it will give him a better chance at finding housing in such a short amount of time. This change in electronic monitoring would also be in line with the Court's previous order and would, in fact, provide pretrial services greater visibility to know precisely where Mr. Ryan is at all times.

For the foregoing reasons, Mr. Ryan respectfully requests this Court to grant his emergency motion to modify his pretrial release conditions, to change his location monitoring from RF to GPS, and to lift the condition of home incarceration and permit him to be on home detention.

Respectfully submitted,

Charles L. Pritchard, Jr.
Federal Public Defender

*/s/ Stephen Consuegra*
Stephen Consuegra
Assistant Federal Public Defender
Florida Bar No. 105816
400 N Tampa St, Suite 2700
Tampa, Florida 33602
Phone: (813) 228-2715
Fax: (813) 228-2562
E-mail: Stephen_Consuegra@fd.org

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2026, a true and correct copy of the foregoing was furnished using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

E. Jackson Boggs, Jr.

*/s/ Stephen Consuegra*
Stephen Consuegra
Assistant Federal Public Defender