Name: Jeremy Nofucks Ryan | DOB: 8/29/1988 | MRN: 108531130 | PCP: Rosalie Hudson, MD | Legal Name: Jeremy Nofucks Ryan



Sharp Rees-Stealy San Diego Cardiology
2929 Health Center Drive
Floor 2
San Diego CA 92123-2762
858-939-6561


Date: 3/25/2026
Patient Name: Jeremy Ryan
Date of Birth: 08/29/1988

To Whom It May Concern,

I am writing on behalf of Jeremy Ryan, who is under care of Sharp Rees-Stealy Cardiology Clinic for management of a Boston Scientific implanted defibrillator D233 Vigilant EL ICD.

Based on current available data and manufacturer guidelines, understanding that no specific testing has been completed between the BI GPS monitoring devices and defibrillators. There is no known direct interaction between the patient's ICD and the BI GPS monitoring devices. Boston Scientific recommendations advise maintaining a minimum distance of at least 6 inches (15 cm) between any electronic monitoring device and the implanted defibrillator system to minimize any potential risk of electromagnetic interference. Given that the BI Loc8 XT device is worn at the ankle, this device would be recommended since the distance requirement is expected to be maintained under normal conditions.

This patient will continue to be closely monitored by the Sharp Rees-Stealy Cardiology Clinic by means of scheduled remote device transmissions and routine in clinic device interrogations and assessments.

If at any time there is evidence of device interference, abnormal sensing, inappropriate therapy, or any other concern related to possible interaction between the ankle monitoring device and the ICD, reassessment of BI GPS monitor appropriateness will be required. In such a circumstance, it may be necessary to discontinue use of the BI GPS monitoring device and resume alternative monitoring with an RFID-based device, which is known to be safe and compatible with the patient's implanted cardiac device.

At this time, the patient is medically cleared to wear the BI Loc8 XT ankle monitoring device with the precautions outlined above.

Please feel free to contact our office if further information is required.

Sincerely,

Dr. Gregory Francisco
MD, FACC
Board Certified Cardiology and Electrophysiology
Sharp Rees-Stealy Medical Group

**MyChart® licensed from Epic Systems Corporation© 1999 - 2026**